# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
| v. | Case Number: 14-cr-00013-PAB-01 |
| MARICELA LOPEZ | USM Number: 28046-298 |
| | Brian Rowland Leedy, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 9, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Follow the Rules and Regulations of a Residential Reentry Center | 09/26/14 |
| 2 | Failure to Participate in Drug/Mental Health Treatment as Directed by the Probation Officer (Counseling) | 12/30/14 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

    April 2, 2015
    Date of Imposition of Judgment

    s/Philip A. Brimmer
    Signature of Judge

    Philip A. Brimmer, U.S. District Judge
    Name & Title of Judge

    April 6, 2015
    Date

DEFENDANT:  MARICELA LOPEZ  
CASE NUMBER:  14-cr-00013-PAB-01                                                            Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Notify Probation Office of Changes in Employment Within Ten Days | 12/30/14 |
| 4 | Association with a Convicted Felon | 01/20/15 |
| 5 | Failure to Answer Truthfully All Inquiries by the Probation Officer | 12/30/14 |
| 6 | Failure to Answer Truthfully All Inquiries by the Probation Officer | 01/13/15 |
| 7 | Failure to Comply with the Electronic Monitoring/Home Confinement Program | 01/13/15 |
| 8 | Failure to Report to the Probation Officer as Directed | 01/23/15 |
| 9 | Association with a Convicted Felon | 01/26/15 |

DEFENDANT:  MARICELA LOPEZ
CASE NUMBER:  14-cr-00013-PAB-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months.  No supervision to follow term of imprisonment.

The Court recommends that the Bureau of Prisons credit the defendant with 67 days spent in official detention prior to sentencing.  The Court also recommends that if possible, the defendant be designated to the Victorville FCC facility.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal